■ In the Matter of VINCENT E. MISTRETTA, Appellant, v. WILLIAM ROSENBLATT et al., Respondents.— In a proceeding to validate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for nomination for the public office of State Senator for the 16th Senatorial District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered June 11, 1970, which dismissed the proceeding. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of MADELINE SILVER et al., Respondents, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and SIGMUND ROSNER et al., Appellants.— In a proceeding to invalidate petitions designating appellants, Sigmund Rosner and Anne Ghiraldini, as candidates in the Republican Party Primary Election to be held on June 23, 1970, for the Party position of Member of the State Committee, Male and Female respectively, for the 39th Assembly District, Kings County, the. appeal is from a judgment of the Supreme Court, Kings County, entered June 9, 1970, which invalidated said designating petitions. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of ANGELO M. SURICO et al., Respondents, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and SEYMOUR FRIEDMAN, Appellant.— In a proceeding to invalidate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for nomination for the public office of Member of the House of Representatives for the 7th Congressional District, Queens County, the appeal is from a judgment of the Supreme Court, Queens County, entered June 11, 1970, which invalidated said designating petitions. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.